Argued October 26, affirmed October 26, 1972

STATE OF OREGON, *Respondent, v.* JAMES GERALD HOUSE (No. C-57727), *Appellant.*

501 P2d 1299

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed from the bench.